DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JEAN ERNST JOSEPH,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-3766

[May 9, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Timothy L. Bailey, Judge; L.T. Case No. 13009009CF10A.

Carey Haughwout, Public Defender, and Tatjana Ostapoff, Assistant Public Defender, West Palm Beach, for appellant.

No appearance for appellee.

PER CURIAM.

In this *Anders*[1] appeal, we affirm the trial court's disposition and sentence in appellant's violation of probation proceeding. However, we remand for entry of a written order of revocation of probation specifying the conditions appellant was found to have violated. *See Clark v. State*, 201 So. 3d 799, 799 (Fla. 4th DCA 2016). The judge specified those conditions on the record, but a written order is required to incorporate those findings.

*Affirmed and remanded with instructions.*

MAY, LEVINE and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***

---

[1] *Anders v. California*, 386 U.S. 738, (1967).